**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6047**

───────────

CASEY RAFEAL TYLER,

Plaintiff **-** Appellant,

v.

KATY POOLE, individual and official capacity; WILLIAM BULLARD, individual and official capacity; RONALD COVINGTON, Captain, individual capacity; CAROL TORES, Captain, individual capacity; JERRY INGRAM, JR., Unit manager, individual capacity; THORNE LOCKLEAR, Correctional Officer, individual capacity,

Defendants **-** Appellees.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:17-cv-01142-WO-JLW)

───────────

Submitted:  May 17, 2024                              Decided:  June 21, 2024

───────────

Before NIEMEYER, Circuit Judge, and KEENAN and FLOYD, Senior Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Casey Rafeal Tyler, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafeal Tyler appeals the district court's order accepting the recommendation of the magistrate judge and granting in part Defendants' motion for summary judgment and the court's order granting a directed verdict for Defendants Katy Poole, Jerry Ingram, Jr., Thorne Locklear, and Ronald Covington in Tyler's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Tyler v. Poole*, No. 1:17-cv-01142-WO-JLW (M.D.N.C. Mar. 31, 2020; Dec. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*